■ In the Matter of MICHAEL C. TRIMBOLI, for Reinstatement to the Practice of Law. [810 NYS2d 690]—Order entered

terminating suspension and reinstating petitioner to the practice of law. Present—Scudder, J.P., Gorski, Green, Pine and Hayes, JJ.